**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NORMAN TESTER,

        Plaintiff,

                                    Case No. 12-15171

v.                                 Hon. Gerald E. Rosen
                                      Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

                At a session of said Court, held in
           the U.S. Courthouse, Detroit, Michigan
           on           January 13, 2014

            PRESENT:  Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

        On November 20, 2013, Magistrate Judge R. Steven Whalen issued a Report and

Recommendation ("R & R") recommending that the Court deny Plaintiff Norman

Tester's motion for summary judgment and grant the Defendant Commissioner of Social

Security's motion for summary judgment.  No objections have been filed to the R & R.

Having reviewed the R & R, the parties' underlying cross-motions for summary

judgment, and the record as a whole, the Court fully concurs in the analysis of the

Magistrate Judge, and adopts the R & R in its entirety.

        Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 20, 2013 Report and Recommendation (docket #12) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's March 29, 2013 motion for summary judgment (docket #8) is DENIED, and that Defendant's July 1, 2013 motion for summary judgment (docket #11) is GRANTED.

s/Gerald E. Rosen_____
Chief Judge, United States District Court

Dated:  January 13, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2014, by electronic and/or ordinary mail.

s/Julie Owens_____
Case Manager, (313) 234-5135

2